UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 08-31889 GMB

Debtor: Jeffrey O. & Nancy H. Parkin

| Check Number | Creditor | Amount |
|---|---|---|
| 1690728 | Sovereign Bank | 2,967.82 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2010