Order Filed on
9/16/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patricia A. Lauch, Esq. (PL-9227)
Sovereign Bank Building
619 Alexander Road
Princeton, New Jersey 08540
(609) 243-6152
(484) 338-2763 - Facsimile

Attorney for Secured Creditor, Sovereign Bank

| In Re: | Case No.: 08-31889 (GMB) |
|---|---|
| Jeffrey O. Parkin and Nancy H. Parkin, | Hearing Date: September 7, 2010 |
| Debtors. | Judge: Hon. Gloria M. Burns, U.S.B.J. |

**ORDER DIRECTING THE PAYMENT OF UNCLAIMED FUNDS
TO SOVEREIGN BANK**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 9/16/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

2

Upon the motion of Sovereign Bank ("Sovereign"), pursuant to D.N.J. LBR 3011-1, for the recovery of the unclaimed funds deposited into the Registry of the Court on May 10, 2010 in the amount of $2,967.82 by the Chapter 13 Standing Trustee (the "Unclaimed Funds"), and Sovereign having demonstrated its entitlement to the Unclaimed Funds, and for good cause shown, it is

**ORDERED** that the Unclaimed Funds be paid to Sovereign at the following address:

Sovereign Bank
3 Huntington Quadrangle
Melville, NY 11747
ATTN: Sandra Victor, Vice President

..........

2

*Approved by Judge Gloria M. Burns September 16, 2010*